**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    National Union Fire Insurance Company of Pittsburgh, PA v. Exxon Mobil Corporation

Appellate case number:    01-19-00852-CV

Trial court case number:    2014-22667

Trial court:    125th District Court of Harris County

Appellee/Cross-Appellant, Exxon Mobil Corporation, has filed an objection to this Court's November 21, 2019 Order of Referral to Mediation. The Court's Order of Referral to mediation is hereby withdrawn.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                              Acting individually

Date: December 10, 2019